**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re:<br>TOUSA, INC., *et al.*,<br><br>Debtors. | Chapter 11 Cases<br><br>Case No. 08-10928-JKO<br><br>Jointly Administered |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TOUSA, INC., *et al.*<br><br>Plaintiff,<br><br>vs.<br><br>FALCONE/TEP HOLDINGS, LLC f/k/a FALCONE/RITCHIE LLC, *et al.*<br>Defendants. | **Adv. Pro. No. 10-02125-JKO** |

**STIPULATION**

Whereas the deadline to answer or otherwise respond to the Complaint in the above-referenced adversary proceeding (the "Proceeding") is February 26, 2010 (D.E. 4); and

Whereas Plaintiff the Official Committee of Unsecured Creditors of TOUSA, Inc., *et al*. (the "Committee") has agreed to extend the deadline to answer or otherwise respond for Defendants Kendall Land Development, LLC, Boschetti Capital Partners, LLC, Prestige Builders Capital Investments, LLC, Jose Boschetti, Sylvia Boschetti, Martin Caparros, Jr. and Patricia Caparros (collectively, the "Stipulating Defendants").

It is hereby stipulated and agreed, by and among the Committee and the Stipulating Defendants, through their undersigned attorneys, that the date for the Stipulating Defendants to answer or otherwise respond in the Proceeding is extended to and includes March 26, 2010.

The Stipulating Defendants hereby expressly reserve their right to seek further extensions of time to answer or otherwise respond to the Complaint, and any and all other rights.

The Committee hereby expressly reserves all rights to object to any requests for further extensions of time, and any and all other rights.

The stipulated extension of time contained herein applies only to the Stipulating Defendants, and expressly does not apply to any other Defendants in the Proceeding.

Dated: February 25, 2010

By: /s/ Jessica S. Budoff

**AKIN GUMP STRAUSS HAUER & FELD LLP**

Daniel H. Golden (New York Bar No. 1133859)
Stephen M. Baldini (New York Bar No. 2428381)
Philip C. Dublin (New York Bar No. 2959344)
Jessica S. Budoff (New York Bar No. 4431821)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Co-Counsel to the Official Committee of Unsecured Creditors of TOUSA, Inc., et al.*

**-and-**

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

By: /s/ Alejandro Vilarello

Alejandro Vilarello, PA
16400 NW 59th Avenue, Second Floor
Miami Lakes, FL 33014
AVLaw@Vilarello.com
Telephone: (305) 827-5665
Facsimile: (305) 8276263

*Counsel for the Stipulating Defendants*