UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 08-10928-JKO |
| TOUSA, Inc., *et al.* | Chapter 11 |
| Debtors. | |
| J BECK & ASSOCIATES, INC., as Liquidation Trustee for the TOUSA Liquidation Trust, | Adv. Pro. No. 10-02125-JKO |
| Plaintiff, | |
| v. | |
| FALCONE/TEP HOLDINGS, LLC f/k/a FALCONE/RITCHIE, LLC; INDEPENDENCE LAND DEVELOPMENT 23, LLC; LIVE OAK LANDBANK 2, LLC, NICKMATDAN LANDBANK, LLC; OAK CREEK LANDBANK, LLC; WESTWOOD BERKSHIRE LANDBANK, LLC; WI 825 PARTNERS, LLC; KENDALL LAND DEVELOPMENT, LLC; AND VIZCAYA IN KENDALL COMMUNITY DEVELOPMENT DISTRICT, | |
| Defendants. | |

**JOINT STIPULATION OF DISMISSAL OF CERTAIN DEFENDANTS**

Plaintiff, J Beck & Associates, Inc., as Liquidation Trustee for the TOUSA Liquidation Trust ("Plaintiff"), and defendants, Falcone/TEP Holdings, LLC f/k/a Falcone/Ritchie, Independence Land Development 23, LLC, Live Oak Landbank 2, LLC, Nickmatdan Landbank LLC, Oak Creek Landbank, LLC, Westwood Berkshire Landbank, LLC, and WI 825 Partners, LLC (collectively, the "Dismissed Defendants"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as made applicable to this proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure,

stipulate to the dismissal of the Dismissed Defendants from this action with prejudice.

Each party is to bear its own attorneys' fees and costs in this matter.

Dated:  June 18, 2019

| | |
|---|---|
| ROBBINS RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER, LLP<br>Co-Counsel for Plaintiff<br>1801 K Street, NW, Suite 411-L<br>Washington, DC 20006<br>Tel: (202) 775-4501<br>Fax: (202) 775-4510<br><br>By: */s/ Michael L. Waldman*<br>    Lawrence S. Robbins (admitted *pro hac vice*)[1]<br>    Michael L. Waldman (admitted *pro hac vice*)[2]<br><br>-AND-<br><br>MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.<br>Co-Counsel for Plaintiff<br>101 NE Third Avenue, Suite 1210<br>Fort Lauderdale, Florida 33301<br>Tel:  (954) 767-0030<br>Fax:  (954) 767-0035<br><br>By:*/s/ Grace E. Robson*<br>    GRACE E. ROBSON<br>    Fla. Bar No.: 0178063<br>    grobson@mrthlaw.com | SHRAIBERG LANDAU & PAGE, P.A.<br>Counsel for Dismissed Defendants<br>2385 NW Executive Center Drive, #300<br>Boca Raton, FL 33431<br>Tel: (561) 443-0800<br>Fax: (561) 998-0047<br><br>By:*/s/  John E. Page*[3]<br>    BRADLEY S. SHRAIBERG<br>    Fla. Bar No.: 121622<br>    JOHN E. PAGE<br>    Fla. Bar No.: 860581 |

791209

---

[1] I hereby certify that the undersigned attorney is appearing *pro hac vice* in this matter pursuant to Court order dated July 3, 2018 [ECF No. 295].
[2] I hereby certify that the undersigned attorney is appearing *pro hac vice* in this matter pursuant to Court order dated July 3, 2018 [ECF No. 294].
[3] Electronically signed with permission.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all counsel of record or pro se parties identified on the attached Service List via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case on June 18, 2019.

*/s/ Grace E. Robson*
Grace E. Robson

## Service List

**10-02125-JKO Notice will be electronically mailed to:**

Stephen M Baldini on behalf of Plaintiff J Beck & Associates, Inc.,
sbaldini@akingump.com, sbrauner@akingump.com;NYMCO@akingump.com;AGSearch-Lit@akingump.com

Jessica S Budoff on behalf of Special Counsel Jessica S. Budoff
jbudoff@akingump.com

Patrick R Dorsey on behalf of Defendant Falcone/Tep Holdings LLC
pdorsey@slp.law, dlocascio@slp.law;dwoodall@slp.law;cdraper@slp.law

Patrick R Dorsey on behalf of Defendant Independence Land Development 23 LLC
pdorsey@slp.law, dlocascio@slp.law;dwoodall@slp.law;cdraper@slp.law

Patrick R Dorsey on behalf of Defendant Live Oak Landbank 2 LLC
pdorsey@slp.law, dlocascio@slp.law;dwoodall@slp.law;cdraper@slp.law

Patrick R Dorsey on behalf of Defendant Nickmatden Landbank LLC
pdorsey@slp.law, dlocascio@slp.law;dwoodall@slp.law;cdraper@slp.law

Patrick R Dorsey on behalf of Defendant Oak Creek Landbank LLC
pdorsey@slp.law, dlocascio@slp.law;dwoodall@slp.law;cdraper@slp.law

Patrick R Dorsey on behalf of Defendant WI 825 Partners LLC
pdorsey@slp.law, dlocascio@slp.law;dwoodall@slp.law;cdraper@slp.law

Patrick R Dorsey on behalf of Defendant Westwood Berkshire Landbank LLC
pdorsey@slp.law, dlocascio@slp.law;dwoodall@slp.law;cdraper@slp.law

Jerry M Markowitz on behalf of Plaintiff J Beck & Associates, Inc.,
jmarkowitz@mrthlaw.com,
ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com

Jerry M Markowitz on behalf of Trustee J Beck & Associates, Inc., as Trustee to the TOUSA Liquidation Trust
jmarkowitz@mrthlaw.com,
ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com

John E Page on behalf of Defendant Falcone/Tep Holdings LLC
jpage@slp.law, dwoodall@slp.law;dlocascio@slp.law;cdraper@slp.law;msmith@slp.law

John E Page on behalf of Defendant Independence Land Development LLC

jpage@slp.law, dwoodall@slp.law;dlocascio@slp.law;cdraper@slp.law;msmith@slp.law

John E Page on behalf of Defendant Live Oak Landbank 2 LLC
jpage@slp.law, dwoodall@slp.law;dlocascio@slp.law;cdraper@slp.law;msmith@slp.law

John E Page on behalf of Defendant Nickmatden Landbank LLC
jpage@slp.law, dwoodall@slp.law;dlocascio@slp.law;cdraper@slp.law;msmith@slp.law

John E Page on behalf of Defendant Oak Creek Landbank LLC
jpage@slp.law, dwoodall@slp.law;dlocascio@slp.law;cdraper@slp.law;msmith@slp.law

John E Page on behalf of Defendant WI 825 Partners LLC
jpage@slp.law, dwoodall@slp.law;dlocascio@slp.law;cdraper@slp.law;msmith@slp.law

John E Page on behalf of Defendant Westwood Berkshire Landbank LLC
jpage@slp.law, dwoodall@slp.law;dlocascio@slp.law;cdraper@slp.law;msmith@slp.law

Grace E. Robson, Esq. on behalf of Plaintiff J Beck & Associates, Inc.,
grobson@mrthlaw.com,
jgarey@mrthlaw.com,mrthbkc@gmail.com,lgener@mrthlaw.com,grobson@ecf.courtdrive.com

Grace E. Robson, Esq. on behalf of Trustee J Beck & Associates, Inc., as Trustee to the TOUSA Liquidation Trust
grobson@mrthlaw.com,
jgarey@mrthlaw.com,mrthbkc@gmail.com,lgener@mrthlaw.com,grobson@ecf.courtdrive.com

Alan R Rosenberg on behalf of Plaintiff J Beck & Associates, Inc.,
arosenberg@mrthlaw.com,
gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com

Luis Salazar, Esq. on behalf of Defendant Boschetti Capital Partners LLC
Luis@Salazar.Law, Ceide@salazar.law;Lee-Sin@Salazar.Law

Luis Salazar, Esq. on behalf of Defendant Kendall Land Development LLC
Luis@Salazar.Law, Ceide@salazar.law;Lee-Sin@Salazar.Law

Luis Salazar, Esq. on behalf of Defendant Jose Boschetti
Luis@Salazar.Law, Ceide@salazar.law;Lee-Sin@Salazar.Law

Luis Salazar, Esq. on behalf of Defendant Sylvia Boschetti
Luis@Salazar.Law, Ceide@salazar.law;Lee-Sin@Salazar.Law

Bradley S Shraiberg on behalf of Defendant 825 Investments LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant BF South Jacksonville Properties LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Bayshore 65 Landbank LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Bayshore 65 Partners LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Bigwater Partners LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Boschetti Capital Partners LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Bronson DRI Partners LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Bruce B Downs Partners LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Carroll Dyer Landbank LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Century Communications of Florida Inc
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Century Marketing International LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Colonial Crossing Associates LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Coral Lakes Landbank LLC
bss@slp.law,

dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Falcon 95 Partners LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Falcon Ft Pierce Orange LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Falcon Funding LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Falcon Land & Development LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Falcone Village Center Partners LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Falcone/Tep Holdings LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Fort Pierce Orange Avenue Landbank LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Heller 301 Landbank LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Heller 301 Partners Investors LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Independence Land Development 23 LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Independence Land Development LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Jacksonville West 95 Partners LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Kendall Land Development LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Kendall Pointe Land Development LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant LTK Trans01 LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Live Oak Development I LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Live Oak Development II LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Live Oak Landbank 2 LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Moss Park Landco LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Nickmatden Landbank LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant North Cape Development Association I LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant North Cape Development Association II LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant North Cape Development Association III LLC
bss@slp.law,

dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant North Cape Holdings LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Oak Creek Landbank LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Prestige Builders Capital Investments LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant R&F 44 Jacksonville LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Services Management LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant South Jacksonville Properties LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant TEP Anthony Groves Inc
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant TEP Bayshore LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant TEP Bronson LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant TEP Coral Lakes LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant TEP Cypress Landing LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant TEP Daniel's Landing LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant TEP Hammocks LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant TEP Heller LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant TEP Holdings Inc
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant TEP Homes Inc
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant TEP Independence LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant TEP Johnathan's Bay LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant TEP Kendall Pointe LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant TEP Laguna Lakes LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant TEP Legacy Park LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant TEP Oak Creek II
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant TEP Oak Creek LLC
bss@slp.law,

dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant TEP Olympia Pointe LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant TEP Savannah LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant TEP Tradition LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant TEP Versailles LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant TEP Victoria Duval LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant TEP Villa Capri at Metrowest LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant TEP Vizcaya LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant TEP Weston Reserve LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant TEP Young Pines LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant TEP of Tradition LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant TEPSR7 LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Tampa Bay Landco II LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant WI 825 Partners LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Westwood 1191 Associates LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Westwood Berkshire Landbank LLC
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Arthur J Falcone
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Edward W Falcone
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Jose Boschetti
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Martin Caparros, Jr
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Patricia Caparros
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Defendant Sylvia Boschetti
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Plaintiff J Beck & Associates, Inc.,
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Plaintiff Official Committee of Unsecured Creditors of TOUSA Inc et al

bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law

Bradley S Shraiberg on behalf of Special Counsel Jessica S. Budoff
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;cdraper@slp.law